# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boom, Claria H. | U.S. District Court for the ED and WD of Kentucky | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

101 Barr Street
Lexington, KY 40507

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Transylvania University Board of Regents |
| 2. Member | Jasper H. Properties, LLC |
| 3. Trustee | Claria Horn Boom Revocable Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2020 | Denny Boom, Buzz Oates Construction, Consulting Fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boom, Claria H.** | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Republic Bank and Trust | Mortgage on Investment Property, Lexington, KY | M |
| 2. Old National Bank | Mortgage of DKBB, Properties 2 | L |
| 3. Field & Main Bank | Mortgage of SP RRTAI | N |
| 4. Limestone Bank | TAFL, LLC | O |
| 5. Sterling Bank | Cosign on Brother's Condo Mortgage | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Bank Deposit Account | A | Interest | O | T | | | | | |
| 2. Campbell & Kenton Cnty KY Rev | B | Interest | K | T | | | | | |
| 3. Fayette Cnty KY Sch Dist Fin Corp Rev | A | Interest | K | T | | | | | |
| 4. Greenville KY GO | A | Interest | K | T | | | | | |
| 5. Hardin Cnty KY Wtr Dist #002 | A | Interest | K | T | | | | | |
| 6. Jefferson Cnty KY Sch Dist Ser A Rev | B | Interest | K | T | | | | | |
| 7. KY Infrastructure Auth R | A | Interest | K | T | | | | | |
| 8. KY St Turnpike Ref Rev preref @100 orig 7-1-26 | A | Interest | K | T | | | | | |
| 9. Lexington Fayette Urban Cnty KY Ref GO | B | Interest | K | T | | | | | |
| 10. Louisville & Jefferson Cnty Ky GO | B | Interest | K | T | | | | | |
| 11. Louisville & Jefferson Cnty KY Met Swr Dist Rev | B | Interest | K | T | | | | | |
| 12. Louisville & Jefferson Cnty KY Rev | B | Interest | K | T | | | | | |
| 13. Marshall Cnty KY Sch Dist Fin | B | Interest | K | T | | | | | |
| 14. Morehead St Univ Ky Gen Rcpts | A | Interest | K | T | | | | | |
| 15. Murray KY St Univ Gen Recpts Rev | B | Interest | K | T | | | | | |
| 16. Northern KY Univ Revs | A | Interest | | | Sold | 8/5/2020 | K | B | |
| 17. Paducah KY GO | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Russell Cnty Publc Library Dist KY GO | A | Interest | K | T | | | | | |
| 19. Scott Cnty KY Sch Dist Fin Corp Rev | B | Interest | K | T | | | | | |
| 20. U S Treasury Bills | A | Interest | | | Buy | 09/23/20 | N | | |
| 21. | | | | | Sold | 12/17/20 | N | A | |
| 22. Univ Of KY Gen Recpts Rev | B | Interest | K | T | | | | | |
| 23. Warren Cnty KY GO | B | Interest | K | T | | | | | |
| 24. Winchester KY Util Sys Rev | A | Interest | L | T | | | | | |
| 25. Apple Inc | B | Dividend | N | T | Buy (add'l) | 04/24/20 | J | | |
| 26. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 27. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 28. | | | | | Sold (part) | 8/6/2020 | K | E | |
| 29. | | | | | Sold (part) | 8/21/20 | J | D | |
| 30. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 31. AbbVie Inc | C | Dividend | M | T | Buy (add'l) | 03/06/20 | J | | |
| 32. | | | | | Buy (add'l) | 9/3/20 | J | | |
| 33. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 34. Adobe Systems | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Analog Devices | B | Dividend | L | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 36. Ameren | A | Dividend | | | Sold<br>(part) | 3/17/20 | J | A | |
| 37. | | | | | Sold | 6/3/20 | K | A | |
| 38. iShares Core Total U.S. Bond Mkt ETF | C | Dividend | M | T | Sold<br>(part) | 4/16/20 | K | C | |
| 39. Arthur J. Gallagher & Co | A | Dividend | J | T | Buy | 3/17/20 | J | | |
| 40. Allstate | A | Dividend | K | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 41. Ametek | A | Dividend | K | T | Buy | 1/14/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 6/30/20 | J | | |
| 43. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 44. Amgen | B | Dividend | L | T | | | | | |
| 45. Ameriprise Financial | B | Dividend | L | T | | | | | |
| 46. Amazon.com | A | Dividend | M | T | Buy<br>(add'l) | 3/17/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 4/30/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 5/7/20 | K | | |
| 49. | | | | | Buy<br>(add'l) | 8/3/20 | K | | |
| 50. | | | | | Buy<br>(add'l) | 11/30/20 | K | | |
| 51. Aon Corp | A | Dividend | J | T | Buy | 4/16/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Broadcom LTD | B | Dividend | L | T | Buy (add'l) | 2/11/20 | J | | |
| 53. | | | | | Buy (add'l) | 5/21/20 | J | | |
| 54. | | | | | Buy (add'l) | 9/23/20 | K | | |
| 55. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 56. | | | | | Sold (part) | 12/1/20 | J | C | |
| 57. Avery Dennison | B | Dividend | L | T | Buy (add'l) | 2/26/20 | J | | |
| 58. | | | | | Buy (add'l) | 3/2/20 | K | | |
| 59. | | | | | Buy (add'l) | 9/28/20 | J | | |
| 60. | | | | | Buy (add'l) | 9/30/20 | J | | |
| 61. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 62. Boeing | A | Dividend | K | T | Sold (part) | 1/23/20 | K | D | |
| 63. Alibaba Group Holdings Ltd. Spon ADR | A | Dividend | J | T | | | | | |
| 64. Best Buy | A | Dividend | K | T | Buy | 8/13/20 | J | | |
| 65. | | | | | Buy (add'l) | 8/21/20 | K | | |
| 66. | | | | | Buy (add'l) | 8/28/20 | J | | |
| 67. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 68. | | | | | Sold (part) | 12/22/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Brighthouse Financial Inc | A | Dividend | J | T | | | | | |
| 70. BHP Billiton Ltd-Sponsored ADR | A | Dividend | J | T | | | | | |
| 71. BlackRock | A | Dividend | K | T | | | | | |
| 72. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 73. BNP Paribas - ADR | A | Dividend | | | Sold | 4/28/20 | J | A | |
| 74. Boston Properties | A | Dividend | J | T | Buy | 6/9/20 | J | | |
| 75. Citigroup | A | Dividend | | | Sold (part) | 9/28/20 | K | A | |
| 76. | | | | | Sold | 9/30/20 | J | B | |
| 77. CACI International | A | Dividend | J | T | Sold (part) | 7/1/20 | J | B | |
| 78. Carrier Global Corp Ordinary Shares | A | Dividend | K | T | Buy | 4/23/20 | J | | |
| 79. Chubb Corp | A | Dividend | J | T | | | | | |
| 80. Celanese Corp Series A | A | Dividend | J | T | Sold (part) | 3/13/20 | J | A | |
| 81. Citizens Financial Group Inc | B | Dividend | K | T | Sold (part) | 3/13/20 | K | A | |
| 82. | | | | | Buy (add'l) | 4/15/20 | J | | |
| 83. Checkpoint Software | A | Dividend | J | T | | | | | |
| 84. Comcast Cl A | A | Dividend | K | T | | | | | |
| 85. CMS Energy | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Columbia Banking | B | Dividend | L | T | | | | | |
| 87. Credit Suisse Group | A | Dividend | J | T | Buy | 4/28/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 5/29/20 | J | | |
| 89. Cisco Systems | C | Dividend | L | T | Buy<br>(add'l) | 5/14/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 6/10/20 | J | | |
| 91. | | | | | Sold<br>(part) | 8/28/20 | J | A | |
| 92. | | | | | Sold<br>(part) | 9/23/20 | K | E | |
| 93. Corteva Inc | A | Dividend | J | T | | | | | |
| 94. Central Valley Community Bancorp | B | Dividend | K | T | | | | | |
| 95. Chevron Corp | C | Dividend | K | T | Buy<br>(add'l) | 1/30/20 | J | | |
| 96. | | | | | Sold<br>(part) | 3/13/20 | J | A | |
| 97. Dana Incorporated | A | Dividend | K | T | Buy | 12/21/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 100. Danone ADR | A | Dividend | | | Sold | 11/23/20 | J | A | |
| 101. DuPont de Nemours Inc | A | Dividend | | | Sold | 3/17/20 | J | A | |
| 102. Dell Technologies Inc Class C | A | Dividend | J | T | Buy | 7/1/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Diageo | A | Dividend | K | T | | | | | |
| 104.  Walt Disney | A | Dividend | K | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 105.  Digital Realty Trust Inc. | B | Dividend | K | T | Buy<br>(add'l) | 3/17/20 | J | | |
| 106. | | | | | Sold<br>(part) | 6/5/20 | J | A | |
| 107. | | | | | Sold<br>(part) | 6/9/20 | J | C | |
| 108. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 109.  Dow Inc | A | Dividend | | | Sold | 3/17/20 | J | A | |
| 110.  WisdomTree DEFA ETF | A | Dividend | | | Sold | 8/5/20 | K | A | |
| 111.  Electronic Arts | A | Dividend | K | T | Buy | 3/11/20 | J | | |
| 112. | | | | | Sold<br>(part) | 6/5/20 | J | A | |
| 113. | | | | | Sold<br>(part) | 11/11/20 | J | B | |
| 114. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 115.  Airbus Group NV ADR | A | Dividend | | | Sold | 4/7/20 | J | A | |
| 116.  Emerson Electric | A | Dividend | | | Sold | 4/23/20 | J | A | |
| 117.  iShares MSCI Pacific ex Japan | A | Dividend | J | T | | | | | |
| 118.  Eaton Corp PLC | B | Dividend | L | T | Buy<br>(add'l) | 8/7/20 | J | | |
| 119.  Entergy | B | Dividend | L | T | Buy<br>(add'l) | 11/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  iShares MSCI Japan ETF | A | Dividend | J | T | | | | | |
| 121.  iShares MSCI United Kingdom Index | A | Dividend | K | T | | | | | |
| 122.  iShares MSCI EMU ETF | A | Dividend | K | T | | | | | |
| 123.  Facebook, Inc. | A | Dividend | L | T | Buy<br>(add'l) | 1/14/20 | J | | |
| 124. | | | | | Buy<br>(add'l) | 2/26/20 | J | | |
| 125. | | | | | Sold<br>(part) | 11/11/20 | J | C | |
| 126. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 127. | | | | | Sold<br>(part) | 12/9/20 | J | B | |
| 128.  FedEx Corp | B | Dividend | M | T | | | | | |
| 129.  Ferguson Plc | A | Dividend | J | T | Buy | 7/23/20 | K | | |
| 130. | | | | | Buy<br>(add'l) | 9/21/20 | J | | |
| 131.  Fidelity National Information | A | Dividend | | | Sold<br>(part) | 5/8/20 | J | A | |
| 132. | | | | | Sold | 5/14/20 | J | A | |
| 133.  Fifth Third Bancorp | A | Dividend | | | Sold | 3/17/20 | J | A | |
| 134.  Fortive Corp | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 135. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 136.  Gilead Sciences | A | Dividend | | | Sold<br>(part) | 1/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 1/14/20 | J | A | |
| 138.  Gaming & Leisure Pptys Com | A | Dividend | | | Sold | 3/17/20 | J | A | |
| 139.  Alphabet Inc Class C | A | Dividend | K | T | | | | | |
| 140.  Alphabet Inc Class A | A | Dividend | M | T | Buy (add'l) | 3/11/20 | J | | |
| 141. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 142.  GlaxoSmithKline plc ADR | A | Dividend | | | Sold | 5/29/20 | J | A | |
| 143.  Huntington Bancshares Inc | C | Dividend | K | T | | | | | |
| 144.  Home Depot | C | Dividend | M | T | Buy (add'l) | 1/24/20 | J | | |
| 145. | | | | | Buy (add'l) | 3/4/20 | K | | |
| 146. | | | | | Buy (add'l) | 3/17/20 | K | | |
| 147. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 148.  Harding Loevner Emerging Markets Advisor | A | Dividend | J | T | | | | | |
| 149.  Harding Loevner Inst Emerging Markets | A | Dividend | M | T | Buy (add'l) | 3/6/20 | J | | |
| 150. | | | | | Buy (add'l) | 11/30/20 | K | | |
| 151.  Hoya Corp SA | A | Dividend | J | T | Sold (part) | 11/30/20 | J | C | |
| 152.  Honeywell International Inc | B | Dividend | M | T | Buy (add'l) | 1/23/20 | J | | |
| 153. | | | | | Sold (part) | 4/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 155.  Humana | A | Dividend | L | T | Buy<br>(add'l) | 1/13/20 | J | | |
| 156. | | | | | Sold<br>(part) | 11/19/20 | K | B | |
| 157.  iShares Nasdaq Biotech Index | A | Dividend | | | Sold | 3/17/20 | K | B | |
| 158.  iShares U.S. Oil Equipment & Services ETF | A | Dividend | | | Sold | 1/27/20 | K | A | |
| 159.  Intel | A | Dividend | J | T | | | | | |
| 160.  Illinois Tool Works | A | Dividend | | | Sold | 1/14/20 | J | B | |
| 161.  iShares Russell 2000 ETF | B | Dividend | M | T | Buy | 3/31/20 | K | | |
| 162. | | | | | Buy<br>(add'l) | 5/5/20 | K | | |
| 163. | | | | | Buy<br>(add'l) | 5/18/20 | K | | |
| 164. | | | | | Buy<br>(add'l) | 6/1/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 6/5/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 167.  Orix ADR | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 168.  Johnson Controls | A | Dividend | J | T | Buy | 8/5/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 170.  Johnson & Johnson | B | Dividend | L | T | Buy<br>(add'l) | 3/6/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 3/13/20 | K | | |
| 172. | | | | | Buy (add'l) | 3/17/20 | J | | |
| 173. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 174. JPMorgan Chase and Company | C | Dividend | M | T | Sold (part) | 8/28/20 | J | A | |
| 175. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 176. JPMorgan U.S. Small Company Fund Inst | D | Dividend | M | T | Buy (add'l) | 11/30/20 | J | | |
| 177. | | | | | Buy (add'l) | 12/11/20 | J | | |
| 178. Keycorp | A | Dividend | | | Sold | 3/6/20 | J | A | |
| 179. Kingfisher PLC SA | A | Dividend | J | T | Buy | 7/29/20 | J | | |
| 180. Kimberly Clark | B | Dividend | K | T | | | | | |
| 181. Kinder Morgan Inc | B | Dividend | K | T | Buy | 1/30/20 | K | | |
| 182. | | | | | Buy (add'l) | 2/4/20 | K | | |
| 183. | | | | | Sold (part) | 9/22/20 | K | A | |
| 184. | | | | | Buy (add'l) | 10/29/20 | K | | |
| 185. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 186. | | | | | Buy (add'l) | 3/13/20 | K | | |
| 187. | | | | | Sold (part) | 4/15/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Leggett & Platt | B | Dividend | L | T | Buy | 7/30/20 | K | | |
| 189. | | | | | Buy<br>(add'l) | 8/21/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 191.  Legrand SA Unsponsored ADR | A | Dividend | J | T | Buy | 4/7/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 6/1/20 | J | | |
| 193. | | | | | Buy<br>(add'l) | 4/23/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 6/3/20 | J | | |
| 195. | | | | | Sold<br>(part) | 12/3/20 | K | A | |
| 196.  Lockheed Martin | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 197.  Las Vegas Sands | A | Dividend | | | Sold | 8/13/20 | J | A | |
| 198.  Lloyds Banking Group PLC | A | Dividend | | | Sold | 7/27/20 | J | B | |
| 199.  Mastercard Cl A | A | Dividend | L | T | Buy<br>(add'l) | 8/28/20 | J | | |
| 200. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 201.  Matthews Pacific Tiger Fund Inv Class | A | Dividend | J | T | Buy<br>(add'l) | 12/16/20 | J | | |
| 202.  Marriott International CL A | A | Dividend | | | Sold | 3/4/20 | K | A | |
| 203.  MASCO | A | Dividend | L | T | Buy | 8/4/20 | J | | |
| 204. | | | | | Buy<br>(add'l) | 8/5/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 9/28/20 | K | | |
| 206. | | | | | Buy<br>(add'l) | 9/30/20 | J | | |
| 207. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 208. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 209. McDonalds | A | Dividend | K | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 210. | | | | | Sold<br>(part) | 12/9/20 | J | A | |
| 211. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 212. Mondelez International | A | Dividend | K | T | Sold<br>(part) | 6/5/20 | J | A | |
| 213. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 214. | | | | | Sold<br>(part) | 12/9/20 | J | B | |
| 215. Medtronic PLC | B | Dividend | K | T | | | | | |
| 216. MetLife | A | Dividend | K | T | | | | | |
| 217. Matthews Pacific Tiger Fund Inst Class | C | Dividend | L | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 218. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 219. McCormick & Co | A | Dividend | K | T | | | | | |
| 220. Altria Group | A | Dividend | J | T | | | | | |
| 221. Morrison Street Debt Opportunities Fund II | E | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Merck | B | Dividend | L | T | Buy<br>(add'l) | 3/17/20 | J | | |
| 223. | | | | | Sold<br>(part) | 6/5/20 | J | A | |
| 224. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 225. Morgan Stanley | A | Dividend | K | T | Buy | 3/17/20 | J | | |
| 226. | | | | | Buy<br>(add'l) | 6/5/20 | K | | |
| 227. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 228. Microsoft | C | Dividend | N | T | Sold<br>(part) | 2/11/20 | J | C | |
| 229. | | | | | Sold<br>(part) | 6/10/20 | J | D | |
| 230. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 231. Motorola Solutions | A | Dividend | J | T | | | | | |
| 232. Nextera Energy Inc | A | Dividend | J | T | Buy<br>(add'l) | 3/11/20 | J | | |
| 233. | | | | | Sold<br>(part) | 12/21/20 | J | D | |
| 234. | | | | | Sold<br>(part) | 12/23/20 | J | C | |
| 235. NICE Systems Limited ADR | A | Dividend | J | T | | | | | |
| 236. Nike | A | Dividend | L | T | Buy<br>(add'l) | 11/30/20 | J | | |
| 237. Nutrien Ltd | A | Dividend | | | Sold | 3/5/20 | J | A | |
| 238. Nuance Communications, Inc. | A | Dividend | K | T | Buy | 2/10/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 240. | | | | | Sold (part) | 12/9/20 | J | B | |
| 241. Nucor Corp | A | Dividend | K | T | Buy | 4/8/20 | J | | |
| 242. Novo-Nordisk A/S - Spons ADR | A | Dividend | J | T | Sold (part) | 11/30/20 | J | B | |
| 243. Otis Worldwide Corp Ordinary Shares | A | Dividend | J | T | | | | | |
| 244. Petroleo Brasileiro SA ADR | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 245. Pepsico | A | Dividend | K | T | | | | | |
| 246. Procter And Gamble | B | Dividend | L | T | Sold (part) | 1/6/20 | J | C | |
| 247. | | | | | Buy (add'l) | 3/17/20 | K | | |
| 248. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 249. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 250. Progressive Corp | A | Int./Div. | | | Sold | 6/5/20 | K | C | |
| 251. Parker Hannifin | A | Dividend | K | T | Buy | 8/7/20 | J | | |
| 252. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 253. Philip Morris International Inc | C | Dividend | K | T | Buy (add'l) | 1/6/20 | J | | |
| 254. | | | | | Buy (add'l) | 2/26/20 | J | | |
| 255. | | | | | Sold | 6/5/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 10/26/20 | J | A | |
| 257. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 258. Phillips 66 | A | Dividend | J | T | | | | | |
| 259. Qualcomm | A | Dividend | K | T | Buy | 9/23/20 | K | | |
| 260. | | | | | Buy (add'l) | 12/1/20 | J | | |
| 261. Quorum Health Corp | A | Dividend | | | Buy (add'l) | 3/13/20 | J | | |
| 262. | | | | | Sold | 7/15/20 | J | A | |
| 263. Roche Holdings Ltd Spon ADR | A | Dividend | J | T | | | | | |
| 264. Rockwell Automation | A | Dividend | K | T | Buy | 12/3/20 | K | | |
| 265. Raytheon Technologies Corp | C | Dividend | | | Buy (add'l) | 1/23/20 | J | | |
| 266. | | | | | Sold (part) | 4/6/20 | J | A | |
| 267. | | | | | Sold (part) | 10/29/20 | K | A | |
| 268. | | | | | Sold | 10/30/20 | K | A | |
| 269. RWE Aktiengesellschaf SA | A | Dividend | J | T | | | | | |
| 270. Safran SA | A | Dividend | | | Sold (part) | 6/1/20 | J | A | |
| 271. | | | | | Sold | 10/9/20 | J | A | |
| 272. SAP AG-Sponsored ADR | A | Dividend | | | Sold | 11/18/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. iShares MSCI EAFE Small Cap index ETF | A | Dividend | K | T | Buy (add'l) | 3/6/20 | J | | |
| 274. | | | | | Sold (part) | 3/16/20 | J | A | |
| 275. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 276. Shin-Etsu Chemical Co Ltd Unsp ADR | A | Dividend | J | T | Buy | 3/5/20 | J | | |
| 277. | | | | | Buy (add'l) | 4/16/20 | J | | |
| 278. Six Flags Entertainment Corp | A | Dividend | | | Sold | 1/24/20 | J | A | |
| 279. Schlumberger | A | Dividend | J | T | Buy (add'l) | 1/27/20 | K | | |
| 280. | | | | | Sold (part) | 3/11/20 | K | A | |
| 281. | | | | | Buy (add'l) | 12/9/20 | K | | |
| 282. Sumitomo Mitsui Financial Group | A | Dividend | | | Sold | 12/21/20 | J | B | |
| 283. Sony Corp ADR | A | Dividend | K | T | Sold (part) | 10/9/20 | J | C | |
| 284. S&P Global Inc | A | Dividend | K | T | Buy | 3/26/20 | J | | |
| 285. Suncor Energy | A | Dividend | | | Sold (part) | 7/29/20 | J | A | |
| 286. | | | | | Sold | 9/21/20 | J | A | |
| 287. Schwab International Index Fund | D | Dividend | N | T | Buy (add'l) | 3/6/20 | J | | |
| 288. | | | | | Sold (part) | 5/18/20 | J | A | |
| 289. | | | | | Buy (add'l) | 11/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Schwab S&P 500 Index Fund | D | Dividend | O | T | Sold (part) | 3/13/20 | J | B | |
| 291. | | | | | Buy (add'l) | 4/8/20 | J | | |
| 292. | | | | | Sold (part) | 5/18/20 | J | C | |
| 293. | | | | | Sold (part) | 6/1/20 | J | A | |
| 294. | | | | | Sold (part) | 6/30/20 | J | A | |
| 295.  Schwab Small Cap Index Select | A | Dividend | K | T | Buy (add'l) | 3/6/20 | J | | |
| 296. | | | | | Buy (add'l) | 3/31/20 | J | | |
| 297. | | | | | Buy (add'l) | 4/8/20 | J | | |
| 298. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 299.  Stryker | A | Dividend | K | T | Buy (add'l) | 11/30/20 | J | | |
| 300.  AT & T | B | Dividend | K | T | Sold (part) | 2/26/20 | K | C | |
| 301. | | | | | Sold (part) | 3/2/20 | K | D | |
| 302. | | | | | Sold (part) | 11/27/20 | J | A | |
| 303. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 304.  Toronto Dominion Bank | A | Dividend | J | T | | | | | |
| 305.  Truist Financial Corporation | B | Dividend | L | T | Buy (add'l) | 6/5/20 | J | | |
| 306. | | | | | Buy (add'l) | 10/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 308. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 309.  TJX Companies | A | Dividend | K | T | Buy<br>(add'l) | 3/4/20 | K | | |
| 310. | | | | | Sold<br>(part) | 8/21/20 | L | A | |
| 311. | | | | | Buy<br>(add'l) | 12/9/20 | K | | |
| 312. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 313.  Telekomunikasi Indonesia (Persero) | A | Dividend | | | Sold | 7/23/20 | J | A | |
| 314.  Thermo Fisher Scientific | A | Dividend | L | T | Buy<br>(add'l) | 3/4/20 | J | | |
| 315. | | | | | Sold<br>(part) | 5/21/20 | J | D | |
| 316. | | | | | Sold<br>(part) | 6/5/20 | J | C | |
| 317. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 318.  Travelers Companies | B | Dividend | K | T | | | | | |
| 319.  Tyson Foods, Inc Cl A | A | Dividend | K | T | | | | | |
| 320.  Texas Instruments | A | Dividend | K | T | | | | | |
| 321.  Unilever PLC ADR | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 322.  UniCredit S.p.A. Unsponsored ADR | A | Dividend | | | Sold | 4/28/20 | J | A | |
| 323.  UnitedHealth Group | B | Dividend | M | T | Buy<br>(add'l) | 11/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. Union Pacific | A | Dividend | K | T | Buy (add'l) | 6/3/20 | J | | |
| 325. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 326. Visa Inc | A | Dividend | M | T | Sold (part) | 2/10/20 | J | C | |
| 327. | | | | | Sold (part) | 4/24/20 | J | C | |
| 328. | | | | | Buy (add'l) | 8/21/20 | J | | |
| 329. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 330. Versus Capital Multi-Manager RE Fund Inst | C | Dividend | L | T | | | | | |
| 331. Versus Capital Real Assets Fund, LLC | A | Dividend | K | T | | | | | |
| 332. Vanguard FTSE Developed Market ETF | A | Dividend | J | T | | | | | |
| 333. Voya Financial Inc | A | Dividend | K | T | Buy (add'l) | 11/19/20 | J | | |
| 334. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 335. Vanguard FTSE All World ex-US SC ETF | A | Dividend | J | T | Buy | 3/16/20 | J | | |
| 336. Vanguard Inter Tax Exempt Fund ADM | A | Dividend | J | T | Sold (part) | 4/17/20 | J | A | |
| 337. Vanguard FTSE Emerging Market ETF | A | Dividend | K | T | | | | | |
| 338. Verizon Communications | C | Dividend | L | T | Buy (add'l) | 3/17/20 | K | | |
| 339. | | | | | Sold (part) | 3/26/20 | J | A | |
| 340. | | | | | Sold (part) | 6/5/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 342. | | | | | Sold (part) | 12/30/20 | J | A | |
| 343.   Waste Connections | A | Dividend | K | T | | | | | |
| 344.   Wells Fargo | A | Dividend | | | Sold | 10/16/20 | J | B | |
| 345.   Wal Mart Stores | A | Dividend | K | T | Buy | 4/13/20 | J | | |
| 346. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 347. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 348.   Materials Select Sector SPDR | A | Dividend | K | T | Buy | 3/13/20 | J | | |
| 349.   Energy Select Sector SPDR | B | Dividend | K | T | Sold (part) | 1/9/20 | K | B | |
| 350. | | | | | Buy (add'l) | 3/13/20 | J | | |
| 351. | | | | | Buy (add'l) | 9/22/20 | K | | |
| 352. | | | | | Sold (part) | 10/29/20 | K | A | |
| 353.   Consumer Staples SPDR | A | Dividend | | | Sold (part) | 2/26/20 | J | A | |
| 354. | | | | | Sold (part) | 3/26/20 | J | A | |
| 355. | | | | | Sold | 4/13/20 | J | A | |
| 356.   Consumer Discretionary Selt | A | Dividend | K | T | Buy | 12/22/20 | K | | |
| 357.   Exxon Mobil | A | Dividend | | | Buy (add'l) | 1/9/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 1/30/20 | K | A | |
| 359. | | | | | Sold | 2/4/20 | K | A | |
| 360. XPO Logistics Inc | A | Dividend | K | T | | | | | |
| 361. Zoetis | A | Dividend | K | T | Sold<br>(part) | 3/4/20 | J | B | |
| 362. | | | | | Sold<br>(part) | 9/3/20 | J | C | |
| 363. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 364. Jasper H. Properties, Inez, KY, LLC | A | Rent | N | W | | | | | |
| 365. Central Bank Account (Claria) | A | Interest | K | T | | | | | |
| 366. American Funds Balanced Fund (College Fund) | B | Int./Div. | M | T | | | | | |
| 367. American Funds Balanced Fund (College Fund) | B | Int./Div. | N | T | | | | | |
| 368. American Funds Balanced Fund (College Fund) | A | Int./Div. | K | T | | | | | |
| 369. 401k BCC | C | Dividend | | | Closed | 11/15/20 | M | A | |
| 370. Guardian Life Insurance (Cash Value) | | None | N | T | | | | | |
| 371. Lincoln Financial Life Insurance (Cash Value) | | None | J | T | | | | | |
| 372. Placer Athens LLP, 1, 2 (3%) 400 acres/ indus Roseville, Ca. | | None | N | U | | | | | |
| 373. Cali Alii Prop/Maui Condo | | None | M | W | | | | | |
| 374. Yolo Partners,LLC (14.25%) 70 Acres, El Macero, Ca. | | None | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. SP RRTAI,LLC Jeffersonville, In (14.25) Magnolia/ Toyota | D | Distribution | O | U | | | | | |
| 376. SP CJE, LLC, Cookville,Tenn (12.5%) Fed Ex | D | Distribution | L | U | | | | | |
| 377. SP LSX, LLC San Antonio (5.14%) XPO Freight July,2011 | D | Distribution | L | U | | | | | |
| 378. SP UPW,LLC (16.43%) Pasco, Wa. XPO Freight Dec. 2011 | E | Distribution | M | U | | | | | |
| 379. SP CLD,LLC (12.6%)Collierville, Tn Fed Ex Ground March 2011 | D | Distribution | M | U | | | | | |
| 380. TAFL,LLC (13.34%) Lex, Ky. Office Bld., March 2013 | E | Distribution | L | U | | | | | |
| 381. SP XSO,LLC (8.84%)Sioux Falls, SD XPO Freight April 8th, 2013 | D | Distribution | M | U | | | | | |
| 382. SP XFD,LLC (6.93%) Fond Du Lac, Wis XPO Freight June 21,2013 | D | Distribution | M | U | | | | | |
| 383. RPG,LLC (4.23%) (CHP/Grass Valley) Sept.2011 | D | Distribution | L | U | | | | | |
| 384. DKBB,LLC/Oak Cap 2 /Pac West R.E. Inv Fund March 2013 | E | Distribution | N | U | | | | | |
| 385. Green Hat LLC (25%) inv/fund | C | Distribution | L | U | | | | | |
| 386. Oakland Condo (res/brother), Oakland, CA | | None | M | W | | | | | |
| 387. DKBB Properties, LLC Office Commercial office Bld | | None | L | U | | | | | |
| 388. DKBB Properties II,LLC –Capstone 15% approx value /hc $54,840 | | None | M | U | | | | | |
| 389. OCP III,LLC 2.59% R.E. Inv Fund Dec. 2015 | E | Distribution | N | U | | | | | |
| 390. Chimney Cove, LLC, H.H, S.C. 3.3% Multi Family Dec.2015 | | None | L | U | | | | | |
| 391. SP LMA,LLC (16.6%) Lima, Ohio Fed Ex Freight Feb. 2016 | E | Distribution | N | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. SP,SBN,LLC (3.23%) South Bend, In. Fed Ex Freight April 2016 | D | Distribution | L | U | | | | | |
| 393. Boom Cor LLC (50%) Truckee Land/ Grocery | | None | L | U | | | | | |
| 394. DKBB SBN,LLC Fed Ex Freight July 2016 | A | Distribution | J | U | | | | | |
| 395. SP MKE,LLC via Greenhat Fed Ex Fr. Aug.2017 | B | Distribution | K | U | | | | | |
| 396. SP WRN,LLC Pontiac, Mich 2.3% Fed Ex Freight Nov. 2018 | D | Distribution | M | U | | | | | |
| 397. BoomCor I,LLC /SCH BoomCor,LLC Sac Apart. Feb. 2019 | D | Distribution | M | U | | | | | |
| 398. SP RDU, LLC, Raleigh/Dur NC 1.37% Fed Ex Freight, Mar. 2019 | D | Distribution | M | U | | | | | |
| 399. SPXBN LLC, XPO Logistics, Normal, IL | A | Distribution | M | U | | | | | |
| 400. SPGRB LLC, Fed Ex Freight, Little Chute, WI | A | Distribution | M | U | | | | | |
| 401. Central Valley Bancorp 3,563 shares | | None | K | T | | | | | |
| 402. Apostles General Partnership 396 shares | | None | M | U | | | | | |
| 403. Apostles GP 2 | | None | L | U | | | | | |
| 404. Aztec Mustang,LLC | | None | | | Sold | 1/31/20 | J | A | |
| 405. Aztec Mustang, LLC Dec. 2019 | | None | | | Sold | 1/31/20 | J | A | |
| 406. Sycamore Farms, LLC (70%) basis $310,60420 acres walnuts, purchased Ju | E | Distribution | N | U | | | | | |
| 407. Chalk Group,LLC/Horseco, Inc May 2017 | | None | K | U | | | | | |
| 408. Camden Partners 555, LLC Nov.2017 | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Claria H. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  Brett Construction Co. Stock | | None | | | Sold | 1/1/20 | M | A | |
| 410. | | | | | | | | | |
| 411. | | | | | | | | | |
| 412. | | | | | | | | | |
| 413. | | | | | | | | | |
| 414. | | | | | | | | | |
| 415. | | | | | | | | | |
| 416. | | | | | | | | | |
| 417. | | | | | | | | | |
| 418. | | | | | | | | | |
| 419. | | | | | | | | | |
| 420. | | | | | | | | | |
| 421. | | | | | | | | | |
| 422. | | | | | | | | | |
| 423. | | | | | | | | | |
| 424. | | | | | | | | | |
| 425. | | | | | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boom, Claria H.** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | | | | | |
| 427. | | | | | | | | | |
| 428. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boom, Claria H.** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Claria H. Boom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544